UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | |
| ANTWON PERRY, | **Crim. Action No. 04-511** (CKK) |
| Defendant. | |

## ORDER

This case comes before the Court upon the receipt of a Report and Recommendation

dated June 7, 2010, from Magistrate Judge Deborah Robinson. No objections to the Magistrate

Judge's Report and Recommendation have been received by the Court.

Accordingly, it is this _23rd_ day of June, 2010,

**ORDERED** that the Report and Recommendation is hereby ADOPTED, and Defendant

Perry's supervision is revoked; and it is

**FURTHER ORDERED** that the case is scheduled for Re-sentencing on July 6, 2010, at

10:00 a.m. in Courtroom 28A, 6th Floor of the Annex.

COLLEEN KOLLAR-KOTELLY
United States District Judge

Copies to:
Thomas Heslep, Esq.
Daniel Butler, AUSA
Magistrate Judge Deborah Robinson
Kurk Panzer, U.S. Probation Officer
Pretrial Services